**Order issued June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-13-00834-CR**
**No. 05-13-00836-CR**

_____

**GREGORY LEWIS MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Fillmore, Evans, and Lewis

Based on the Court's opinion of this date, we **GRANT** the April 7, 2014 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Gregory Lewis Martinez, TDCJ No. 1861958, Byrd Unit, 21 FM 247, Huntsville, Texas, 77320.

/David Evans/
DAVID EVANS
JUSTICE